June 12, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MADELON BANKS BLUNTSON, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF JEMMIE LEE BANKS, Appellant

NO. 14-11-00718-CV                    V.

WUENSCHE SERVICES, INC. AND TONKAWA FARMS, L.P., Appellees
_____

This cause, an appeal from the judgment in favor of appellees, Wuensche Services, Inc. and Tonkawa Farms, L.P., signed May 16, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Madelon Banks Bluntson, as Independent Administratrix of the Estate of Jemmie Lee Banks, to pay all costs incurred in this appeal. We further order this decision certified below for observance.